CHAVEZ & GERTLER LLP
Mark A. Chavez (CA Bar No. 90858)
Christian Schreiber (CA Bar No. 245597)
42 Miller Avenue
Mill Valley, California 94941
Tel:    (415) 381-5599
Fax:    (415) 381-5572

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Wendy J. Harrison (Bar No. 151090)
Andrew S. Friedman (Bar No.
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Tel:    (602) 274-1100
Fax:    (602) 274-1199

Attorneys for Plaintiff Fuchun Chang and
the Proposed Class

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUCHUN CHANG, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) FLAGSTAR BANK FSB, LEXINGTON INSURANCE COMPANY, and DOES 1-50 ) ) ) Defendants. ) ) ) ) ) ) ) ) ) | Case No:  3:13-cv-05785-JST  **CLASS ACTION**  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**  Date:  March 13, 2014 Time: 2:00 p.m. Location: Courtroom 9 (19th Floor)  Honorable Jon S. Tigar |

Plaintiff Fuchun Chang ("Plaintiff"), Defendant Flagstar Bank FSB ("Flagstar"), and Defendant Lexington Insurance Company ("Lexington") (collectively, "the Parties"), hereby stipulate and agree to the following:

WHEREAS, Flagstar filed a Motion to Dismiss Plaintiff's Complaint on February 4, 2014 (ECF Docket # 23);

WHEREAS, Lexington filed a Motion to Dismiss Plaintiff's Complaint on February 4, 2014 (ECF Docket # 25);

WHEREAS, Defendants' Motions are both set to be heard on March 13, 2014 at 2:00 p.m. in Courtroom 9; and

WHEREAS, the Parties agree to have the Motions heard on April 10, 2014 at 2:00 p.m., and to the following briefing schedule:

Plaintiff shall file and serve his Oppositions to the Motions by March 18, 2014;

Defendants shall file and serve their Replies by April 1, 2014.

**IT IS SO STIPULATED.**


Dated:  February 10, 2014

                FUCHUN CHANG

                /s/ Christian Schreiber
                By: Christian Schreiber

                Mark A. Chavez
                Chavez & Gertler LLP
                42 Miller Avenue
                Mill Valley, CA 94941
                Telephone: (415) 381-5599
                Email: christian@chavezgertler.com

                and

                Wendy J. Harrison
                Andrew S. Friedman
                Bonnett, Fairbourn, Friedman & Balint, P.C.
                2325 E. Camelback Road, Suite 300
                Phoenix, AZ 85016
                Telephone:  (602) 274-1100

LEXINGTON INSURANCE COMPANY

/s/ Ryan M. Sandrock
By: Ryan M. Sandrock
Sidley Austin LLP
555 California Street
San Francisco, California  94104
Telephone: 415.772.1219
Email: rsandrock@sidley.com

and

Theodore R. Scarborough (*pro hac vice*)
Christopher M. Assise (*pro hac vice*)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  312.853.2236
Email:  tscarborough@sidley.com
             cassise@sidley.com

FLAGSTAR BANKS FSB

/s/  Lauren L. Wroblewski
By: Lauren L. Wroblewski
William L. Stern
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000
Email:  wstern@mofo.com
             lwroblewski@mofo.com

# ORDER

Having read the Stipulation of the Parties, and good cause appearing therefor, the Court adopts the Stipulation as the Order of the Court.

Plaintiffs' Oppositions shall be filed and served by March 18, 2014 and Defendants' March 25, 2014.
Replies shall be filed and served by ~~April 1, 2014~~.  The hearing on Defendants' Motions will be on April 10, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Date:  February 18, 2014

_____
Honorable
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*

2

3

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Hearing And Response To Defendants' Motions to Dismiss. In compliance with General Order 45.X.B., I hereby attest that the signatory has concurred in this filing.

Dated: February 10, 2014

CHAVEZ & GERTLER LLP

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: /s/ Christian Schreiber

Christian Schreiber
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, California 94941

Attorneys for Plaintiff Fuchun Chang and the Proposed Class